# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN LEE WHITTLE,
          Appellant,

vs.

RAVEN MORRIS,
          Respondent.

No. 82660

FILED

APR 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court findings of fact, conclusions of law and judgment. Eighth Judicial District Court, Family Court Division, Clark County; Soonhee Bailey, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Appellant states in his notice of appeal that he is appealing from a findings of fact, conclusions of law, and judgment filed on December 29, 2020, in district court case number D-16-544626-S. However, the caption on his notice of appeal and all district court documents attached thereto list the underlying district court case as D-19-591074-C, and relate to that case. This court was unable to locate a case number D-16-544626-S in the district court, and no findings of fact, conclusions of law and judgment was entered on December 29, 2020, in case number D-19-

591074-C. As appellant has failed to identify any appealable order or judgment in his notice of appeal, this court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Soonhee Bailey, District Judge, Family Court Division
Brian Lee Whittle
Raven Morris
Eighth District Court Clerk